UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NORTHEAST COMMUNICATIONS OF
WISCONSIN, INC.,

       Plaintiff,

   v.                                                    Case No. 05-C-690

CENTURYTEL, INC.                     Honorable William C. Griesbach

and

ALLTEL CORP.,

       Defendants.

## PROTECTIVE ORDER

This Court having reviewed the parties' submissions on Northeast Communications of Wisconsin, Inc.'s ("Northeast") Motion for a Protective Order, hereby grants Northeast's motion and orders:

Until this Court has ruled on Northeast's forthcoming motion for partial summary judgment seeking a determination that its rights of first refusal under the Wisconsin RSA #10 LP Limited Partnership Agreement and Certificate of Limited Partnership ("the RSA # 10 Agreement") were triggered, no party shall conduct discovery regarding the intentions of the parties regarding the intended scope of the right of first refusal provisions in the RSA # 10 Agreement. In addition, until this Court rules on Northeast's

forthcoming motion, no party shall be required to respond to already outstanding discovery requests regarding that same topic.

**SO ORDERED** this 5th day of October, 2005.

s/ William C. Griesbach<br>
The Honorable William C. Griesbach